No. 86.—COMMISSIONERS OF ROADS for the 505th District, plaintiffs in error, *vs.* THE GRIFFIN AND WEST POINT PLANKROAD COMPANY, defendant in error.

[1.] An appeal entered by an attorney at law, without authority from the party, is void.

Motion to dismiss appeal. Heard and decided by Judge STARK, in Pike Superior Court, August Term, 1850.

An appeal was taken to the Superior Court of Pike County, from an award rendered by Commissioners appointed under the provisions of the charter of the Griffin and West Point Plankroad Company, to ascertain the compensation to be paid by said Company for appropriating the public road, leading from Griffin to the Flat Shoals, on Flint river, through said district, as a site for their plankroad.

It appeared from the record, that the award was sanctioned and ratified by the Commissioners of Roads for said district, on the 28th day of May, 1850. On the 5th day of June, 1850, they repented, and filed their protest against the award.

The appeal was entered by W. W. Arnold, A. W. Pryor and Hartford Green, as attorneys at law.

At the hearing, August Term, 1850, of said Court, a motion was made to dismiss the appeal, upon the following, among other grounds—

Because the appeal was entered by certain persons, as at-

torneys at law, and who had not been employed, until after the cases had terminated by an agreement between the parties.

2d. Because there had been an agreement between the Commissioners, as to the compensation to be paid by the Company for the right of way over said public road, which had been ratified by the Commissioners of Roads for the 505th District.

The Court sustained the motion and dismissed the appeal, and counsel for plaintiff excepted.

*By the Court.*—WARNER J. delivering the opinion.

[1.] The first ground taken in regard to the entering the appeal by the attorneys at law, who were not employed until after the case had terminated by an agreement between the parties, is necessarily disposed of by the judgment rendered during the present term, in *The Commissioners of Roads for the* 580*th District vs. The Griffin and West Point Plankroad Company,* affirming the judgment of the Court below, in dismissing the appeal in that case.

Such being the fact, and the appeal dismissed upon the same ground in both cases, it is not necessary for us to consider the second ground taken in this case, in regard to the agreement. Let the judgment of the Court below, dismissing the appeal, be affirmed.